## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Benjamin A. Cormier
Attorney At Law
940 Ryan Street
Lake Charles LA 70601

Kenton Dawne Green
Rayburn Correctional Center DOC No. 328983
27268 Hwy 21 - N
Angie LA 70426

> Judgment on rehearing rendered and mailed to all parties or counsel of record on March 19, 2025

## REHEARING ACTION: March 19, 2025

**Docket Number: 23   00184-KW**

**STATE OF LOUISIANA**
**VERSUS**
**KENTON DAWNE GREEN**

**Writ Application from Calcasieu Parish Case No. 15748-15**

**BEFORE JUDGES:**

    **Hon. Shannon J. Gremillion**
    **Hon. Charles G. Fitzgerald**
    **Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Kenton Dawne Green** is:

    **REHEARING DENIED; UNTIMELY FILED**.  *See* Uniform Rules—Courts
    of Appeal, Rule 2-18.2.

cc: Hon. Stephen C. Dwight, Counsel for the Applicant
    David S. Pipes, Counsel for the Applicant